```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
EMMANUEL LEE COLEMAN, JR.,              : 09 Civ. 0960 (PGG) (JCF)
                                        :
                Plaintiff,              :    O R D E R
                                        :
        - against -                     :
                                        :
CITY OF NEW YORK, Commissioner          :
MARTIN F. HORN; Chief of Department     :
CAROLYN THOMAS; Deputy                  :
Commissioner RICHARD R. WHITE;          :
Warden EMMANUEL BAILEY; Officer J.      :
JONES, Shield #17628; Officer F.        :
CALDERON, Shield #9393; Officers        :
JOHE DOES #1-3,                         :
                                        :
                Defendants.             :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/09

All parties now being represented by counsel, it is hereby ORDERED that this case proceed under the Court's Electronic Case Filing ("ECF") procedures.

SO ORDERED.

*/s/ James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         October 5, 2009

Copies mailed this date:

Rebecca C. Carvalho, Esq.
Julie E. Fink, Esq.
Paul, Weiss, Rifkind, Wharton
     & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019

1

Gabriel P. Harvis, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007